UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

In Re:

Case No.: _____

Judge: _____

Chapter: _____

# APPLICATION FOR EXTENSION OR
# EARLY TERMINATION OF LOSS MITIGATION PERIOD

The undersigned is the _____ in this matter. On _____, a Loss Mitigation Order was entered concerning:

Property: _____

Creditor: _____

Pursuant to the Loss Mitigation Order, the Loss Mitigation Period will expire on _____.

For the reason(s) set forth below, the _____ hereby requests:

❏ An extension of the Loss Mitigation Period to _____ .

❏ Early termination of the Loss Mitigation Period, effective _____ .

Set forth the applicant's reason(s) for the above request:

Dated: _____              _____
                                                            Applicant's signature

*Revised  9/19/13*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

In Re:

Case No.: _____

Chapter: _____

Judge: _____

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____ :

Property: _____

Creditor: _____

and a Request for

- ❑ Extension of the 90 day Loss Mitigation Period having been filed by _____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____ .

The Loss Mitigation Period is terminated, effective _____ .

# Exhibit "A"



Stern, Lavinthal & Frankenberg
David Barroso

PROFILE



Borrowers    Mediations    Tools    Reports    Message Center    614

Calendar

Borrower Search    Advanced Search

# Borrower Information

**BORROWER**

**James Maua**

**PROPERTY ADDRESS**

205 Mcadoo Ave. Jersey City , NJ 07305

**MAILING ADDRESS**

205 Mcadoo Ave. Jersey City , NJ 07305

**BORROWER PHONE**

Home: (570) 839-8194
Office: (570) 839-8194
Cell: (570) 839-8194

**SUBMITTED BY**

Attorney
Low
505 Main Street #304
Hackensack, NJ 07601
Phone: (201) 343-4040

**INTENT**

Keep Property
View details

**BANKRUPTCY INFO**

Filed?: Yes
District:   New Jersey - New Jersey - Newark

Case #: 15-31183
Chapter: 13

### 1st Mortgage

# Nationstar Mortgage, LLC ⊕

| LOAN | STATUS | | Action Center |
|---|---|---|---|
| ▮▬▬▬▬▬▬ | Opened | | |

## Messages

| View: | Most Recent 5 ▼ | Download Printable Version | | New Message |

| ACTIVITY BY | ACTION TAKEN | DATE/TIME |
|---|---|---|
| ✉ Servicer | Message Sent | 09-08-2016 17:28:06 ET |

**From:** Kristi Berry
**Message:**
Hello,

When will the missing documents be provided?

thank you

View details 8 Email notifications sent. .                                    Reply

| ✉ Servicer | Message Sent | 07-14-2016 18:06:03 ET |

**From:** Kristi Berry
**Message:**
Hello,

When can we expect the missing documents to be uploaded?

thank you

Note: Use of this Portal in no way commits any of the parties to either offer or accept any loss mitigation solutions. This Portal provides a streamlined means of communication between interested parties. It enables parties interested in mortgage loss mitigation to submit all of the necessary documentation and to communicate with each other throughout the process via a secure web platform.

This site is owned and operated by Default Mitigation Management LLC. For any questions regarding the DMM Loss Mitigation Web Portal, contact Default Mitigation Management LLC at 800-481-1013 or click here to email us.

| ACTIVITY BY | ACTION TAKEN | DATE/TIME |
|---|---|---|

View details 8 Email notifications sent. .     Reply



| Servicer | Message Sent | 06-24-2016 16:35:07 ET |

**From:** Latoria Walker
**Message:**
Hello,

The processors have reviewed the file and are requesting the following documents to move forward.

1. We need proof for primary residence of borrower, if borrower is living in rented property we need Current lease agreement or if this property belong to borrower we need Mortgage statement. (Provided mortgage statement missing property address)

2. We received paystubs from EVANS ROADHOUSE dated 03/28-04/10 and 03/14-03/27. Also received paystubs from Maua and Misoka dated 02/29-03/13. All these paystub are consecutive to each other. so if both company are similar we need LOE. If not need one more recent consecutive paystub covering 30 days from Maua and misoka.

3. Need RMA last signature page signed and dated, as provided RMA is expired, also need RMA income and expense details page fully filled as same is missing , also need income documents as per that. (apart from wage and rent if any, as we have proof for same)

4. 1040 showing IRA income for 28000, so we need recent award letter with 2 recent proof of receipt like bank statement/ Copies of checks if distribution code is 7 in 1099R, if there is any code other then 7 we just need recent 1099 R.

5. SCH-E showing scorp business for MAUA AND MISOKA LLC, so if business still active we need recent 3 months P&L signed and dated with business name, with recent K1 and recent 1120S for same. If business closed we just need LOE.


Thanks in Advance,


View details 8 Email notifications sent. .     Reply



| Attorney | Message Sent | 06-24-2016 13:10:18 ET |

**From:** Dashley Diaz
**Message:**
Please supply an update on the Loan Modification File.

© Default Mitigation Management LLC. 2016    Privacy Policy  Protect Your Information

| ACTIVITY BY | ACTION TAKEN | DATE/TIME | |
|---|---|---|---|
| View details **12** Email notifications sent. . | | | Reply |
| ✉ Attorney | Message Sent | 06-20-2016 14:05:58 ET | |

# Borrower Documents

[Download]

| FILE ⇅ | SUBMITTED ⇅ |
|---|---|
| Borrower Authorization  (Not provided)<br>Reason: "Included in RMA" | 04-25-2016<br>14:43:46 ET |
| HAMP Request for Mortgage Assistance (RMA) | 04-25-2016<br>14:39:51 ET |
| Uniform Borrower Assistance Form  (Not provided)<br>Reason: "Included in RMA" | 04-25-2016<br>14:43:50 ET |
| Financial Statement  (Not provided)<br>Reason: "Included in RMA" | 04-25-2016<br>14:43:41 ET |
| Hardship Letter  (Not provided)<br>Reason: "Included in RMA" | 04-25-2016<br>14:43:36 ET |
| IRS Form 4506-T (Borrower) | 04-25-2016<br>14:40:10 ET |
| Dodd-Frank Certification  (Not provided)<br>Reason: "Included in RMA" | 04-25-2016<br>14:43:54 ET |
| Government Monitoring Data  (Not provided)<br>Reason: "Included in RMA" | 04-25-2016<br>14:43:58 ET |
| Nationstar Payment Worksheet  (Not provided)<br>Reason: "Included in RMA" | 04-25-2016<br>14:44:03 ET |

| FILE | SUBMITTED |
|---|---|
| Borrower Income (Wages) - Most recent 2 pay stubs | 04-25-2016 14:40:43 ET |
| Rental Income - Active Rental Lease Agreement | 04-25-2016 14:40:51 ET |
| Rental Income - Proof of rental payment  (Not provided)<br>Reason: "Will provide. " | 04-25-2016 14:44:50 ET |
| Rental Income - Most recent Schedule E from Tax Return (Supplemental Income and Loss)  (Not provided)<br>Reason: "Included in 2014 1040" | 04-25-2016 14:44:42 ET |
| Most Recent 2 Months Bank Statements | 04-25-2016 14:41:03 ET |
| Most Recent 2 Tax Returns | 04-25-2016 14:41:19 ET |
| Proof of Occupancy  (Not provided)<br>Reason: "Will provide. Requesting from client" | 04-25-2016 14:44:23 ET |
| 2015 1040 | 05-10-2016 16:06:12 ET |
| Outstanding | 06-09-2016 12:34:07 ET |

# Loss Mitigation Program

| INFORMATION | |
|---|---|
| Loss Mitigation Order | Maua (Loan #▮▮▮▮▮▮▮▮) - **Loss Mitigation Order** (Added 04-25-2016) |
| Date Loss Mitigation Order Issued | 04/13/2016 |

| INFORMATION | |
|---|---|
| Date Loss Mitigation Period Expires | 07/08/2016 |
| Contact Name | Kristi Berry |
| Contact Address | 8950 Cypress Waters Coppell, TX 75019 |
| Contact Direct Phone | (214) 687-4267 |
| Contact Direct Fax | (214) 222-7126 |
| Default Attorney Name | Stern, Lavinthal & Frankenberg |
| Default Attorney Phone | (973) 797-1100 |
| Default Attorney Address | 105 Eisenhower Parkway #302 Roseland, NJ 07068 |

# Comments

Update

| INFORMATION | DATE ADDED |
|---|---|

| UNITED STATES BANKRUPTCY COURT |
| --- |
| DISTRICT OF NEW JERSEY |

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

## CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____    _____
                                                                        Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |