UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                              : Case No.:    15-31183-SLM
 James O Maua                                       :
                                                    : Adv. No.:    _____
                                                    :
                                                    : Judge:       Stacey L. Meisel
           Debtor (s),                              :
_____            : Chapter:          13

# NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable _____Stacey L. Meisel_____, United States Bankruptcy Judge.

**Reason for Hearing:**     Debtor's Opposition to Creditor's request for
                            Early Termination Of Loss Mitigation
                            _____

**Location of Hearing:**    Courtroom No. _3A_
                            _MLK, JR Building_____
                            _50 Walnut Street 3rd fl._____
                            Newark, NJ 07102_____

**Date and Time:**          October 12, 2016 at 10:30AM_____,
                            or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**    ✔ ARE REQUIRED     ____ ARE NOT REQUIRED


DATED:    September 16, 2016            JAMES J. WALDRON, Clerk


## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on September 16_____, 20 16 the foregoing notice was served on the following:   Debtor, Debtor's Attorney, Creditor's Attorney and Trustee




                                        JAMES J. WALDRON, Clerk


*Last revised 10-15-03  jml*

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 15-31183-SLM
James O Maua                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 16, 2016
                    Form ID: pdf900    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 18, 2016.
db          +James O Maua,    205 McAdoo Ave,    Jersey City, NJ 07305-2048
cr          +Nationstar Mortgage LLC,    RAS Citron LLC,    130 Clinton Road,    Suite 202,
             Fairfield, NJ 07004-2927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com Sep 16 2016 23:27:33      Synchrony Bank,
             c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
                                                                                             TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 16, 2016 at the address(es) listed below:
      Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
      Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
      Marie-Ann Greenberg    magecf@magtrustee.com
      Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC placsina@caplaw.net,
       gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
      Russell L. Low    on behalf of Debtor James O Maua rbear611@aol.com,    lowlaw505@gmail.com
                                                                              TOTAL: 5