UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

James Maua

**Order Filed on November 18, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No.:     15-31183

Chapter:     13

Judge:     SLM

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 18, 2016**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  __April 13, 2016__  :

Property:   205 McAdoo Ave Jersey City, NJ 07305

Creditor:   Nationstar Mortgage LLC

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by  __Russell L. Low__ , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including  __February 19, 2017__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*