| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Jeanette F. Frankenberg, Esq.<br>Ashley L. Rose, Esq.<br>Attorneys for Creditor<br>Nationstar Mortgage LLC |
| In Re:<br><br>James O Maua<br><br>Debtor |

**Order Filed on November 18, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Judge: Stacey L. Meisel
Chapter 13
Hearing: November 9, 2016
Case No.: 15-31183-SLM

## CONSENT ORDER RESOLVING APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: November 18, 2016**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | James O Maua |
| Case No: | 15-31183-SLM |
| Caption: | Consent Order Resolving Application to Early Termination of Loss Mitigation |

THIS MATTER having been brought before the Court by Nationstar Mortgage LLC, ("Secured Creditor"), by and through its attorneys, Stern, Lavinthal & Frankenberg, LLC, by filing an Application for Early Termination of Loss Mitigation, and Debtor, James O Maua ("Debtor") by and through his attorney Russell L. Low, Esq., having filed an Objection to the Application, and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. Debtor is required to upload a complete and updated loss mitigation review package through the DMM Portal within fifteen (15) days of the date of this order.

2. If the loan modification is granted, Debtor shall file a Modified Plan, together with amended Schedule "J" reflecting Debtor's post loan modification budget, within thirty (30) days of approval of final loan modification.

3. If no loan modification is approved by January 9, 2017 (or other date as extended by court order), Secured Creditor will promptly notify the Trustee, with copy to Debtor's attorney, and within thirty (30) days of such notification, the Debtor shall file one of the following:

    a. A Modified Plan to cure the arrearage claim and any subsequent arrears to Secured Creditor; or a
    b. Modified Plan to surrender the property subject to said claim; or a
    c. Notice to Convert to Chapter 7; or a
    d. Notice to Dismiss the Case.

4. Debtor acknowledges that the monthly post-petition mortgage payment is subject to change in accordance with the terms of the note and mortgage. Furthermore, post-petition payments / trial period payments (if applicable) shall continue to be tendered outside the plan while the loan modification process is pending.

5. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.

15-31183-SLM

Debtor:    James O Maua
Case No:   15-31183-SLM
Caption:   Consent Order Resolving Application to Early Termination of Loss Mitigation

The undersigned hereby consent to the form,
content and entry of the within Order:

_____
Russell L. Low, Esq.
Attorney for the Debtor,
James O. Maua

/s/ *Ashley L. Rose, Esq.*
Ashley L. Rose, Esq.
Attorney for Secured Creditor
Nationstar Mortgage LLC