| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) |
| Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Jeanette F. Frankenberg, Esq.<br>Ashley L. Rose, Esq.<br>Attorneys for Creditor<br>Nationstar Mortgage LLC |
| In Re:<br><br>James O Maua<br><br>Debtor |

**Order Filed on November 18, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Judge: Stacey L. Meisel
Chapter 13
Hearing: November 9, 2016
Case No.: 15-31183-SLM

## CONSENT ORDER RESOLVING APPLICATION FOR EARLY TERMINATION OF LOSS MITIGATION

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: November 18, 2016**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | James O Maua |
| Case No: | 15-31183-SLM |
| Caption: | Consent Order Resolving Application to Early Termination of Loss Mitigation |

THIS MATTER having been brought before the Court by Nationstar Mortgage LLC, ("Secured Creditor"), by and through its attorneys, Stern, Lavinthal & Frankenberg, LLC, by filing an Application for Early Termination of Loss Mitigation, and Debtor, James O Maua ("Debtor") by and through his attorney Russell L. Low, Esq., having filed an Objection to the Application, and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. Debtor is required to upload a complete and updated loss mitigation review package through the DMM Portal within fifteen (15) days of the date of this order.

2. If the loan modification is granted, Debtor shall file a Modified Plan, together with amended Schedule "J" reflecting Debtor's post loan modification budget, within thirty (30) days of approval of final loan modification.

3. If no loan modification is approved by January 9, 2017 (or other date as extended by court order), Secured Creditor will promptly notify the Trustee, with copy to Debtor's attorney, and within thirty (30) days of such notification, the Debtor shall file one of the following:

   a. A Modified Plan to cure the arrearage claim and any subsequent arrears to Secured Creditor; or a
   b. Modified Plan to surrender the property subject to said claim; or a
   c. Notice to Convert to Chapter 7; or a
   d. Notice to Dismiss the Case.

4. Debtor acknowledges that the monthly post-petition mortgage payment is subject to change in accordance with the terms of the note and mortgage. Furthermore, post-petition payments / trial period payments (if applicable) shall continue to be tendered outside the plan while the loan modification process is pending.

5. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.

15-31183-SLM

Debtor:     James O Maua
Case No:   15-31183-SLM
Caption:   Consent Order Resolving Application to Early Termination of Loss Mitigation

The undersigned hereby consent to the form,
content and entry of the within Order:

_____
Russell L. Low, Esq.
Attorney for the Debtor,
James O. Maua

/s/ *Ashley L. Rose, Esq.*
Ashley L. Rose, Esq.
Attorney for Secured Creditor
Nationstar Mortgage LLC

15-31183-SLM

United States Bankruptcy Court
District of New Jersey

In re:  
James O Maua  
    Debtor

Case No. 15-31183-SLM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Nov 18, 2016  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2016.  
db           +James O Maua,    205 McAdoo Ave,    Jersey City, NJ 07305-2048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2016                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2016 at the address(es) listed below:  
           Ashley L. Rose    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com, nmm@kkelaw.com  
           Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
           Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
           Justin Plean    on behalf of Creditor    Nationstar Mortgage LLC jplean@rasflaw.com  
           Marie-Ann Greenberg    magecf@magtrustee.com  
           Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC gshasa@rasnj.com, bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com  
           Russell L. Low    on behalf of Debtor James O Maua rbear611@aol.com, lowlaw505@gmail.com  
                                                                                                                                                          TOTAL: 7