| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on November 29,<br>2016 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |
|---|---|
| RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number: 973-575-0707<br>Attorneys for Secured Creditor,<br>Nationstar Mortgage LLC<br><br>Laura Egerman, Esq. (LE-8250) | |
| In Re:<br>James O. Maua<br><br>Debtor(s). | Case No.: 15-31183-SLM<br><br>Judge: Stacey L. Meisel<br><br>Hearing Date:<br><br>Chapter 13 |

**CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

The relief set forth on the following pages, number two (2) through three (3) is hereby **ORDERED**.

**DATED: November 29, 2016**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: James O. Maua
Case No: 15-31183-SLM
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

Applicant: Nationstar Mortgage LLC
Applicant's Counsel: RAS Citron, LLC
Debtors' Counsel: Russell L. Low
Property Involved ("Collateral"): 205 McAdoo Avenue, Jersey City, NJ 07305

Relief sought:  ■ Motion for relief from the automatic stay
☐ Motion to dismiss
☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:
   - The Debtor is overdue for 3 months, from 08/01/2016 to 10/01/2016.
   - The Debtor is overdue for 3 payments at $2,089.96 per month.
   - Less Funds held in debtor(s) suspense $374.21.

   Total Arrearages Due $5,895.67.

2. Debtor has been accepted in Court's Loss Mitigation program, and shall continue to tender adequate protection payments in the amount of $1,565.66 while Debtor(s) application for Loss Mitigation is pending.

3. Applicant will not demand the remaining arrearages pending the Debtor(s) application for a Loan Modification. However, if a Final Loan Modification is not approved by three (3) months from the date of the execution of this Consent Order, or if Debtor(s) has not otherwise completely cured all outstanding post-petition delinquencies by said date, Debtor(s) agrees to an immediate and automatic grant of Stay Relief with respect to the Collateral at the expiration of said three (3) month period. If the loan modification is denied by the Mortgagee prior to the expiration of said three (3) month period, the Debtor agrees to an immediate and automatic grant of Stay Relief with respect to the Property upon notification of such denial.

Page 3
Debtor: James O. Maua
Case No: 15-31183-SLM
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

4. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.

5. Award of Attorneys' Fees:

    ■ The Applicant is awarded attorney fees of $350.00 and costs of $176.00. The fees and costs are payable through the Chapter 13 Plan.

Low & Low

_____
Russell Low, Esq.
Attorney for Debtor

RAS Citron, LLC

/s/ Laura Egerman
Laura Egerman, Esq.
Attorney for Secured Creditor