| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on November 29, 2016 by Clerk, U.S. Bankruptcy Court - District of New Jersey |
|---|---|
| RAS Citron, LLC<br>130 Clinton Road, Suite 202<br>Fairfield, NJ 07004<br>Telephone Number: 973-575-0707<br>Attorneys for Secured Creditor,<br>Nationstar Mortgage LLC<br><br>Laura Egerman, Esq. (LE-8250) | |
| In Re:<br>James O. Maua<br><br>Debtor(s). | Case No.: 15-31183-SLM<br><br>Judge: Stacey L. Meisel<br><br>Hearing Date:<br><br>Chapter 13 |

**CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

The relief set forth on the following pages, number two (2) through three (3) is hereby **ORDERED**.

**DATED: November 29, 2016**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2
Debtor: James O. Maua
Case No: 15-31183-SLM
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

Applicant: Nationstar Mortgage LLC
Applicant's Counsel: RAS Citron, LLC
Debtors' Counsel: Russell L. Low
Property Involved ("Collateral"): 205 McAdoo Avenue, Jersey City, NJ 07305

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion is resolved, subject to the following conditions:

1. Status of post-petition arrearages:
   - The Debtor is overdue for 3 months, from 08/01/2016 to 10/01/2016.
   - The Debtor is overdue for 3 payments at $2,089.96 per month.
   - Less Funds held in debtor(s) suspense $374.21.

   Total **Arrearages Due $5,895.67**.

2. Debtor has been accepted in Court's Loss Mitigation program, and shall continue to tender adequate protection payments in the amount of $1,565.66 while Debtor(s) application for Loss Mitigation is pending.

3. Applicant will not demand the remaining arrearages pending the Debtor(s) application for a Loan Modification. However, if a Final Loan Modification is not approved by three (3) months from the date of the execution of this Consent Order, or if Debtor(s) has not otherwise completely cured all outstanding post-petition delinquencies by said date, Debtor(s) agrees to an immediate and automatic grant of Stay Relief with respect to the Collateral at the expiration of said three (3) month period. If the loan modification is denied by the Mortgagee prior to the expiration of said three (3) month period, the Debtor agrees to an immediate and automatic grant of Stay Relief with respect to the Property upon notification of such denial.

Page 3
Debtor: James O. Maua
Case No: 15-31183-SLM
Caption of Order: **CONSENT ORDER RESOLVING MOTION TO VACATE STAY**

4. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.

5. Award of Attorneys' Fees:

    ■ The Applicant is awarded attorney fees of $350.00 and costs of $176.00. The fees and costs are payable through the Chapter 13 Plan.

Low & Low

_____
Russell Low, Esq.
Attorney for Debtor

RAS Citron, LLC

*/s/ Laura Egerman*
Laura Egerman, Esq.
Attorney for Secured Creditor

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 15-31183-SLM
James O Maua                                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2            User: admin                  Page 1 of 1              Date Rcvd: Nov 29, 2016
                                Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 01, 2016.
db             +James O Maua,    205 McAdoo Ave,    Jersey City, NJ 07305-2048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 29, 2016 at the address(es) listed below:
      Ashley L. Rose    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com,
       nmm@kkelaw.com
      Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association
       bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
      Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
      Justin  Plean    on behalf of Creditor    Nationstar Mortgage LLC jplean@rasflaw.com
      Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC legerman@rasnj.com,
       gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC gshasa@rasnj.com,
       bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
      Russell L. Low    on behalf of Debtor James O Maua rbear611@aol.com,    lowlaw505@gmail.com
                                                                                                       TOTAL: 8