Form 137 − aplccmpn

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 15−31183−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
James O Maua
205 McAdoo Ave
Jersey City, NJ 07305

Social Security No.:
xxx−xx−2932

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING ON APPLICATION FOR COMPENSATION**

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date: 3/1/17
Time: 10:00 AM
Location: Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Russell L. Low,
Attorney for Debtor

COMMISSION OR FEES
$2,300.00

EXPENSES
$0.00

---

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 27, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
James O Maua
Debtor

Case No. 15-31183-SLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 2 Date Rcvd: Jan 30, 2017
Form ID: 137 Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 01, 2017.

db +James O Maua, 205 McAdoo Ave, Jersey City, NJ 07305-2048
cr +Nationstar Mortgage LLC, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927
515843531 +American Express, PO BOX 3001, 16 GENERAL WARREN BLVD, MALVERN, PA 19355-1245
516015514 American Express Centurion Bank, c o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701
515843533 ++BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 (address filed with court: Bank of America, ATTN: RECOVERY DEPARTMENT, 4161 PIEDMONT PKWY, GREENSBORO, NC 27410)
515843536 CAP1/VLCTY, PO BOX 15524, WILMINGTON, DE 19850
515843537 +Capital One, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285
515931526 Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083
515843538 +Chase Card Services, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850-5298
515843539 +Comenity Bank / The Limited, PO BOX 182125, COLUMBUS, OH 43218-2125
515843541 +EOS CCA, PO BOX 981008, BOSTON, MA 02298-1008
515843543 ++NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 (address filed with court: Nationstar Mortgage LLC, ATTN: BANKRUPTCY, 350 HIGHLAND DR, LEWISVILLE, TX 75067)
515843542 +National City Mortgage/PNC Mtg, ATTN: BANKRUPTCY DEPARTMENT, 3232 NEWMARK DR., MIAMISBURG, OH 45342-5433
516053944 +PNC Bank, National Association, c/o PNC Mortgage, a division of PNC Bank, Attn: Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

smg E-mail/Text: usanj.njbankr@usdoj.gov Jan 31 2017 01:43:15 U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534
smg +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 31 2017 01:43:10 United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235
cr +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 01:41:12 Synchrony Bank, c/o Recovery Mmgt. Sys., 25 SE 2nd Ave., Ste. 1120, Miami, FL 33131-1605
515856854 E-mail/Text: mrdiscen@discover.com Jan 31 2017 01:42:21 Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025
515843540 +E-mail/Text: mrdiscen@discover.com Jan 31 2017 01:42:21 Discover Financial, ATTENTION: BANKRUPTCY DEPARTMENT, PO BOX 3025, NEW ALBANY, OH 43054-3025
515843544 +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 01:41:12 Synchrony Bank/ JC Penneys, ATTN: BANKRUPTY, PO BOX 103104, ROSWELL, GA 30076-9104
515843546 +E-mail/PDF: gecsedi@recoverycorp.com Jan 31 2017 01:41:12 Synchrony Bank/ Old Navy, ATTENTION: GEMB, PO BOX 103104, ROSWELL, GA 30076-9104

TOTAL: 7

***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

515843534* ++BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 (address filed with court: Bankamerica, MC: NC4-105-03-14, 4161 PIEDMONT PKWY, GREENSBORO, NC 27420)
515843535* ++BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 (address filed with court: Bankamerica, MC: NC4-105-03-14, 4161 PIEDMONT PKWY, GREENSBORO, NC 27420)
516052581* ++NATIONSTAR MORTGAGE LLC, PO BOX 619096, DALLAS TX 75261-9096 (address filed with court: Nationstar Mortgage, LLC, PO Box 619096, Dallas, TX 75261)
515843545* +Synchrony Bank/ JC Penneys, ATTN: BANKRUPTY, PO BOX 103104, ROSWELL, GA 30076-9104
515843532 ##+Aurora Loan Services, ATTN: BANKRUPTCY DEPT., 2617 COLLEGE PARK, SCOTTSBLUFF, NE 69361-2294

TOTALS: 0, * 4, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0312-2 User: admin Page 2 of 2 Date Rcvd: Jan 30, 2017
Form ID: 137 Total Noticed: 21

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2017 at the address(es) listed below:

Ashley L. Rose on behalf of Creditor Nationstar Mortgage LLC cmecf@sternlav.com
Denise E. Carlon on behalf of Creditor PNC Bank, National Association bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
Jeanette F. Frankenberg on behalf of Creditor Nationstar Mortgage LLC cmecf@sternlav.com
Justin Plean on behalf of Creditor Nationstar Mortgage LLC jplean@rasflaw.com
Laura M. Egerman on behalf of Creditor Nationstar Mortgage LLC legerman@rasnj.com, gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com
Marie-Ann Greenberg magecf@magtrustee.com
Patrick O. Lacsina on behalf of Creditor Nationstar Mortgage LLC gshasa@rasnj.com, bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com
Russell L. Low on behalf of Debtor James O Maua rbear611@aol.com, lowlaw505@gmail.com

TOTAL: 8