RUSSELL L. LOW, ESQ. - 4745
Low & Low, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for the Debtor

Order Filed on March 1, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

JAMES O. MAUA

Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CHAPTER 13
CASE NO. 15-31183

Honorable Stacey L. Meisel

Hearing Date: March 1, 2017, 10:00am

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 1, 2017**

_____
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that ~~Russell L. Low, Esq.,~~ Low & Low, LLC the applicant, is allowed a fee of $2,300.00 for services rendered and expenses in the amount of $0.00 for a total of $2,300.00. The allowance is payable:

   **X**    through the Chapter 13 plan as an administrative priority.

   ___    outside the plan.

The debtor's monthly plan is modified to require a payment of $1,107.00 per month for 45 months starting March 1, 2017 to allow for payment of the above fee.