UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

James Maua

**Order Filed on February 27, 2017 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

Case No.: 15-31183 (SLM)

Chapter: 13

Judge: Stacey L. Meisel

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 27, 2017**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____April 13, 2016____ :

Property: ____205 McAdoo Ave Jersey City, NJ 07305____

Creditor: ____Nationstar Mortgage LLC____

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by ____Russell L. Low____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ____July 6, 2017____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
James O Maua  
    Debtor

Case No. 15-31183-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Feb 28, 2017  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 02, 2017.  
db           +James O Maua,    205 McAdoo Ave,    Jersey City, NJ 07305-2048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                               TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 02, 2017                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2017 at the address(es) listed below:  
         Ashley L. Rose    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
         Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association  
          bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
         Justin Plean    on behalf of Creditor    Nationstar Mortgage LLC jplean@rasflaw.com,  
          bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
         Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC legerman@rasnj.com,  
          gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC gshasa@rasnj.com,  
          bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com  
         Russell L. Low    on behalf of Debtor James O Maua rbear611@aol.com,    lowlaw505@gmail.com  
                                                                                  TOTAL: 8