RUSSELL L. LOW, ESQ. - 4745
Low & Low, LLC
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for the Debtor

Order Filed on March 1, 2017
by Clerk, U.S. Bankruptcy
Court - District of New Jersey

In Re:

JAMES O. MAUA

Debtor(s)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CHAPTER 13
CASE NO. 15-31183

Honorable Stacey L. Meisel

Hearing Date: March 1, 2017, 10:00am

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 1, 2017**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

                Low & Low, LLC

**ORDERED** that ~~Russell L. Low, Esq.,~~ the applicant, is allowed a fee of $2,300.00 for services rendered and expenses in the amount of $0.00 for a total of $2,300.00. The allowance is payable:

   **X**   through the Chapter 13 plan as an administrative priority.

   ___   outside the plan.

The debtor's monthly plan is modified to require a payment of $1,107.00 per month for 45 months starting March 1, 2017 to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:  
James O Maua  
    Debtor

Case No. 15-31183-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Mar 02, 2017  
Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2017.  
db         +James O Maua,   205 McAdoo Ave,   Jersey City, NJ 07305-2048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2017                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2017 at the address(es) listed below:

        Ashley L. Rose     on behalf of Creditor     Nationstar Mortgage LLC cmecf@sternlav.com  
        Denise E. Carlon     on behalf of Creditor     PNC Bank, National Association  
         bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com  
        Jeanette F. Frankenberg     on behalf of Creditor     Nationstar Mortgage LLC cmecf@sternlav.com  
        Justin Plean     on behalf of Creditor     Nationstar Mortgage LLC jplean@rasflaw.com,  
         bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
        Laura M. Egerman     on behalf of Creditor     Nationstar Mortgage LLC legerman@rasnj.com,  
         gshasa@rasnj.com,bmusarra@rasnj.com,bkyecf@rasflaw.com  
        Marie-Ann Greenberg     magecf@magtrustee.com  
        Patrick O. Lacsina     on behalf of Creditor     Nationstar Mortgage LLC gshasa@rasnj.com,  
         bmusarra@rasnj.com,bkyecf@rasflaw.com,legerman@rasnj.com  
        Russell L. Low     on behalf of Debtor James O Maua rbear611@aol.com,   lowlaw505@gmail.com  
                                                                                                  TOTAL: 8