UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

JAMES O. MAUA

Case No.: 15-31183

Chapter: 13

Judge: SLM

Order Filed on July 7, 2017 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 7, 2017**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___April 14, 2016___ :

Property: ___205 McAdoo Ave Jersey City, NJ 07305___

Creditor: ___Nationstar Mortgage, LLC___

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by ___The Debtors~~Russell L. Low, Esq.~~___, and for good cause shown

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including ___November 6, 2017___ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*