Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  15−31183−SLM
Chapter:  13
Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James O Maua
   205 McAdoo Ave
   Jersey City, NJ 07305
Social Security No.:
   xxx−xx−2932
Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Stacey L. Meisel on:

Date:        9/20/17
Time:         10:00 AM
Location:        Courtroom 3A, Martin Luther King Jr. Federal Building, 50 Walnut Street, Courtroom 3A, Newark, NJ
07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

---

APPLICANT(S)
Low & Low, LLC

COMMISSION OR FEES
$1,400.00

EXPENSES
$0.00

---

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: August 29, 2017
JAN:

                              Jeanne Naughton
                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-31183-SLM
James O Maua                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin            Page 1 of 2          Date Rcvd: Aug 29, 2017
                             Form ID: 137            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2017.
db          +James O Maua,   205 McAdoo Ave,   Jersey City, NJ 07305-2048
cr          +Nationstar Mortgage LLC,   RAS Citron LLC,   130 Clinton Road,   Suite 202,
             Fairfield, NJ 07004-2927
515843531   +American Express,  PO BOX 3001,   16 GENERAL WARREN BLVD,   MALVERN, PA 19355-1245
516015514    American Express Centurion Bank,   c o Becket and Lee LLP,   PO Box 3001,
             Malvern, PA 19355-0701
515843532   +Aurora Loan Services,   ATTN: BANKRUPTCY DEPT.,   2617 COLLEGE PARK,
             SCOTTSBLUFF, NE 69361-2294
515843533   ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bank of America,   ATTN: RECOVERY DEPARTMENT,   4161 PIEDMONT PKWY,
             GREENSBORO, NC 27410)
515843536    CAP1/VLCTY,   PO BOX 15524,   WILMINGTON, DE 19850
515843537   +Capital One,   ATTN: BANKRUPTCY,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
515931526    Capital One Bank (USA), N.A.,   PO Box 71083,   Charlotte, NC  28272-1083
515843538   +Chase Card Services,   ATTN: BANKRUPTCY,   PO BOX 15298,   WILMINGTON, DE 19850-5298
515843539   +Comenity Bank / The Limited,   PO BOX 182125,   COLUMBUS, OH 43218-2125
515843541   +EOS CCA,   PO BOX 981008,   BOSTON, MA 02298-1008
515843543   ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage LLC,   ATTN: BANKRUPTCY,   350 HIGHLAND DR,
             LEWISVILLE, TX 75067)
515843542   +National City Mortgage/PNC Mtg,   ATTN: BANKRUPTCY DEPARTMENT,   3232 NEWMARK DR.,
             MIAMISBURG, OH 45342-5433
516053944   +PNC Bank, National Association,   c/o PNC Mortgage, a division of PNC Bank,
             Attn: Bankruptcy Department,   3232 Newmark Drive,  Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Aug 30 2017 00:55:58   U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 30 2017 00:55:54   United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
cr          +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2017 01:00:31   Synchrony Bank,
             c/o Recovery Mmgt. Sys.,   25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
515856854    E-mail/Text: mrdiscen@discover.com Aug 30 2017 00:55:02   Discover Bank,
             Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
515843540   +E-mail/Text: mrdiscen@discover.com Aug 30 2017 00:55:02   Discover Financial,
             ATTENTION: BANKRUPTCY DEPARTMENT,   PO BOX 3025,   NEW ALBANY, OH 43054-3025
516751618   +E-mail/Text: bkteam@selenefinance.com Aug 30 2017 00:55:14   MTGLQ Investors, L.P.,
             c/o Selene Finance LP,   9990 Richmond Avenue,   Suite 400 South,   Houston, TX 77042,
             MTGLQ Investors, L.P. 77042-4546
516751617   +E-mail/Text: bkteam@selenefinance.com Aug 30 2017 00:55:13   MTGLQ Investors, L.P.,
             c/o Selene Finance LP,   9990 Richmond Avenue,   Suite 400 South,   Houston, TX 77042-4546
515843544   +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2017 01:00:52   Synchrony Bank/ JC Penneys,
             ATTN: BANKRUPTY,   PO BOX 103104,   ROSWELL, GA 30076-9104
515843546   +E-mail/PDF: gecsedi@recoverycorp.com Aug 30 2017 01:00:51   Synchrony Bank/ Old Navy,
             ATTENTION: GEMB,   PO BOX 103104,   ROSWELL, GA 30076-9104
                                                                              TOTAL: 9

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515843534*  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bankamerica,   MC: NC4-105-03-14,   4161 PIEDMONT PKWY,
             GREENSBORO, NC 27420)
515843535*  ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
             (address filed with court: Bankamerica,   MC: NC4-105-03-14,   4161 PIEDMONT PKWY,
             GREENSBORO, NC 27420)
516052581*  ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
             (address filed with court: Nationstar Mortgage, LLC,   PO Box 619096,   Dallas, TX 75261)
515843545*  +Synchrony Bank/ JC Penneys,   ATTN: BANKRUPTY,   PO BOX 103104,   ROSWELL, GA 30076-9104
                                                               TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2          User: admin              Page 2 of 2           Date Rcvd: Aug 29, 2017
                              Form ID: 137             Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2017                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 29, 2017 at the address(es) listed below:
          Ashley L. Rose    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Denise E. Carlon   on behalf of Creditor    PNC Bank, National Association
           bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg   on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Justin  Plean   on behalf of Creditor    Nationstar Mortgage LLC jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Laura M. Egerman   on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Patrick O. Lacsina   on behalf of Creditor    Nationstar Mortgage LLC bmusarra@rasnj.com,
           bkyecf@rasflaw.com,legerman@rasnj.com
          Russell L. Low   on behalf of Debtor James O Maua rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com

                                                                      TOTAL: 8
```