| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>Stern, Lavinthal & Frankenberg, LLC<br>105 Eisenhower Parkway, Suite 302<br>Roseland, New Jersey 07068-0490<br>Telephone Number (973) 797-1100<br>Facsimile Number (973) 228-2679<br>Jeanette F. Frankenberg, Esq.<br>Ashley L. Rose, Esq.<br>Attorneys for Creditor<br>Selene Finance LP as servicer for MTGLQ Investors, L.P. |
| In Re:<br><br>James O Maua<br><br>Debtor |

Order Filed on February 5, 2018 by Clerk, U.S. Bankruptcy Court - District of New Jersey

Judge: Stacey L. Meisel
Chapter 13
Hearing: January 24, 2018
Case No.: 15-31183-SLM

## CONSENT ORDER RESOLVING APPLICATION FOR EXTENSION OF LOSS MITIGATION

The consent order set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

DATED: February 5, 2018

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor: James O Maua
Case No: 15-31183-SLM
Caption: Consent Order Resolving Application to Extension of Loss Mitigation

THIS MATTER having been brought before the Court by Russell L. Low, Esq., attorney for the Debtor, James O. Maua ("Debtor"), upon the filing of an Application to Extend Loss Mitigation (the "Application"), and Selene Finance LP as servicer for MTGLQ Investors, L.P., ("Secured Creditor"), by and through its attorneys, Stern, Lavinthal & Frankenberg, LLC, having filed an Objection to the Application, and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for good cause shown;

**IT IS HEREBY ORDERED** as follows:

1. Debtor must upload all missing documents requested within the DMM Portal on or before February 8, 2018 in order for the review to continue.

2. If the loan modification is granted, Debtor shall file a Modified Plan, together with amended Schedule "J" reflecting Debtor's post loan modification budget, within thirty (30) days of approval of final loan modification.

3. If no loan modification is approved by March 6, 2018 (or other date as extended by court order), Secured Creditor will promptly notify the Trustee, with copy to Debtor's attorney, and within thirty (30) days of such notification, the Debtor shall file one of the following:

    a. A Modified Plan to cure the arrearage claim and any subsequent arrears to Secured Creditor; or a
    b. Modified Plan to surrender the property subject to said claim; or a
    c. Notice to Convert to Chapter 7; or a
    d. Notice to Dismiss the Case.

4. Debtor acknowledges that the monthly post-petition mortgage payment is subject to change in accordance with the terms of the note and mortgage. Furthermore, post-petition payments / trial period payments (if applicable) shall continue to be tendered outside the plan while the loan modification process is pending.

5. This Order shall be incorporated in and become part of any Order Confirming Plan in the herein matter.

The undersigned hereby consent to the form, content and entry of the within Order:

_____
Russell L. Low, Esq.
Attorney for the Debtor,
James O Maua

/s/ Jeanette F. Frankenberg
/s/ Ashley L. Rose
Jeanette F. Frankenberg, Esq.
Ashley L. Rose, Esq.
Attorney for Secured Creditor
Selene Finance LP as servicer for
MTGLQ Investors, L.P.

15-31183-SLM