# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−31183−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James O Maua
   205 McAdoo Ave
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−2932

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on January 19, 2016.

On 2/22/2018 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Stacey L. Meisel on:

Date:              March 28, 2018
Time:               09:00 AM
Location:           Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: February 23, 2018
JAN: rh

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey
In re:                                                          Case No. 15-31183-SLM
James O Maua                                                    Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin                  Page 1 of 2                  Date Rcvd: Feb 23, 2018
                              Form ID: 185                 Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2018.
db             +James O Maua,    205 McAdoo Ave,    Jersey City, NJ 07305-2048
cr             +Nationstar Mortgage LLC,    RAS Citron LLC,    130 Clinton Road,    Suite 202,
                 Fairfield, NJ 07004-2927
cr             +Selene Finance LP as servicer for MTGLQ Investors,,    Stern, Lavinthal, & Frankenberg LLC,
                 105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
515843531      +American Express,    PO BOX 3001,    16 GENERAL WARREN BLVD,    MALVERN, PA 19355-1245
516015514       American Express Centurion Bank,    c o Becket and Lee LLP,    PO Box 3001,
                 Malvern, PA 19355-0701
515843532      +Aurora Loan Services,    ATTN: BANKRUPTCY DEPT.,    2617 COLLEGE PARK,
                 SCOTTSBLUFF, NE 69361-2294
515843533      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bank of America,    ATTN: RECOVERY DEPARTMENT,    4161 PIEDMONT PKWY,
                 GREENSBORO, NC 27410)
515843536       CAP1/VLCTY,    PO BOX 15524,    WILMINGTON, DE 19850
515843537      +Capital One,    ATTN: BANKRUPTCY,    PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
515931526       Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
515843538      +Chase Card Services,    ATTN: BANKRUPTCY,    PO BOX 15298,    WILMINGTON, DE 19850-5298
515843539      +Comenity Bank / The Limited,    PO BOX 182125,    COLUMBUS, OH 43218-2125
515843541      +EOS CCA,    PO BOX 981008,    BOSTON, MA 02298-1008
515843543      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage LLC,    ATTN: BANKRUPTCY,    350 HIGHLAND DR,
                 LEWISVILLE, TX 75067)
515843542      +National City Mortgage/PNC Mtg,    ATTN: BANKRUPTCY DEPARTMENT,    3232 NEWMARK DR.,
                 MIAMISBURG, OH 45342-5433
516053944      +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,
                 Attn: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 24 2018 00:00:42     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 24 2018 00:00:38     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 00:02:09     Synchrony Bank,
                 c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
515856854       E-mail/Text: mrdiscen@discover.com Feb 24 2018 00:00:07     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
515843540      +E-mail/Text: mrdiscen@discover.com Feb 24 2018 00:00:07     Discover Financial,
                 ATTENTION: BANKRUPTCY DEPARTMENT,    PO BOX 3025,    NEW ALBANY, OH 43054-3025
516751618      +E-mail/Text: bkteam@selenefinance.com Feb 24 2018 00:00:13     MTGLQ Investors, L.P.,
                 c/o Selene Finance LP,    9990 Richmond Avenue,    Suite 400 South,    Houston, TX 77042,
                 MTGLQ Investors, L.P. 77042-4546
516751617      +E-mail/Text: bkteam@selenefinance.com Feb 24 2018 00:00:12     MTGLQ Investors, L.P.,
                 c/o Selene Finance LP,    9990 Richmond Avenue,    Suite 400 South,    Houston, TX 77042-4546
515843544      +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 00:02:27     Synchrony Bank/ JC Penneys,
                 ATTN: BANKRUPTY,    PO BOX 103104,    ROSWELL, GA 30076-9104
515843546      +E-mail/PDF: gecsedi@recoverycorp.com Feb 24 2018 00:02:27     Synchrony Bank/ Old Navy,
                 ATTENTION: GEMB,    PO BOX 103104,    ROSWELL, GA 30076-9104
                                                                                               TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515843534*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bankamerica,    MC: NC4-105-03-14,    4161 PIEDMONT PKWY,
                 GREENSBORO, NC 27420)
515843535*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court: Bankamerica,    MC: NC4-105-03-14,    4161 PIEDMONT PKWY,
                 GREENSBORO, NC 27420)
516052581*     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261)
515843545*     +Synchrony Bank/ JC Penneys,    ATTN: BANKRUPTY,    PO BOX 103104,    ROSWELL, GA 30076-9104
                                                                                   TOTALS: 0, * 4, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-2           User: admin                Page 2 of 2            Date Rcvd: Feb 23, 2018
                               Form ID: 185               Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
              Ashley L. Rose    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association
               bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Selene Finance LP as servicer for MTGLQ
               Investors, L.P. cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Justin Plean    on behalf of Creditor    Nationstar Mortgage LLC jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC bmusarra@rasnj.com,
               bkyecf@rasflaw.com,legerman@rasnj.com
              Russell L. Low    on behalf of Debtor James O Maua rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                             TOTAL: 9
```