UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

James O. Maua

**Order Filed on March 14, 2018
by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

Case No.:    15-31183

Chapter:    13

Judge:    SLM

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 14, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ____April 14, 2016____ :

Property:    205 McAdoo Ave Jersey City, NJ 07305

Creditor:    Nationstar Mortgage, LLC

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____The Debtor ~~Russell L. Low~~_____, and for good cause shown

❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____June 6, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*