# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

James O Maua

Case No.: 15-31183-SLM

Hearing Date: April 11, 2018

Chapter: 13

Judge: Stacey L. Meisel

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable  Stacey L. Meisel , United States Bankruptcy Judge.

**Reason for Hearing:** Loss Mitigation Status Conference

**Location of Hearing:** Courtroom No. 3 A
3rd Floor
50 Walnut Street
Newark, New Jersey 07102

**Date and Time:** April 11, 2018 at 10:30 AM , or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**   ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: March 19, 2018

JEANNE A. NAUGHTON, Clerk

By: Nelson Dos Santos
Deputy Clerk

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on March 19, 2018 this notice was served on the following:
Debtor, Debtor's Counsel, Creditor, Creditor's Counsel and Chapter 13 Trustee

JEANNE A. NAUGHTON, Clerk

By: Nelson Dos Santos
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-31183-SLM
James O Maua                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 1            Date Rcvd: Mar 19, 2018
                            Form ID: pdf900        Total Noticed: 4

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 21, 2018.
db             +James O Maua,    205 McAdoo Ave,    Jersey City, NJ 07305-2048
cr             +Nationstar Mortgage LLC,    RAS Citron LLC,    130 Clinton Road,    Suite 202,
                Fairfield, NJ 07004-2927
cr             +Selene Finance LP as servicer for MTGLQ Investors,,    Stern, Lavinthal, & Frankenberg LLC,
                105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Mar 19 2018 23:51:19      Synchrony Bank,
                c/o Recovery Mmgt. Sys.,    25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2018 at the address(es) listed below:
```
              Ashley L. Rose    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association
               bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com
              Jeanette F. Frankenberg    on behalf of Creditor    Selene Finance LP as servicer for MTGLQ
               Investors, L.P. cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
              Justin Plean    on behalf of Creditor    Nationstar Mortgage LLC jplean@rasflaw.com,
               bkyecf@rasflaw.com;ras@ecf.courtdrive.com
              Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Marie-Ann Greenberg     magecf@magtrustee.com
              Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC bmusarra@rasnj.com,
               bkyecf@rasflaw.com,legerman@rasnj.com
              Russell L. Low    on behalf of Debtor James O Maua rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                             TOTAL: 9
```