UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

James Maua

**Order Filed on July 10, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

Case No.:  __15-31183 (SLM)__

Chapter:  __13__

Judge:  __Stacey L. Meisel__

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 10, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___April 14, 2016___ :

Property:     205 McAdoo Avenue Jersey City, NJ 07305

Creditor:     Nationstar Mortgage, LLC

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Russell L. Low_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____7/25/2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2