UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

**Order Filed on July 10, 2018 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey**

In Re:

James Maua

Case No.:     15-31183 (SLM)

Chapter:     13

Judge:     Stacey L. Meisel

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 10, 2018**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on     April 14, 2016     :

Property:     205 McAdoo Avenue Jersey City, NJ 07305

Creditor:     Nationstar Mortgage, LLC

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by     Russell L. Low    , and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including     7/25/2018    .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:  
James O Maua  
    Debtor

Case No. 15-31183-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 10, 2018  
                           Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 12, 2018.  
db            +James O Maua,    205 McAdoo Ave,    Jersey City, NJ 07305-2048

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2018                                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 10, 2018 at the address(es) listed below:

         Ashley L. Rose    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
         Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association  
          bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Selene Finance LP as servicer for MTGLQ  
          Investors, L.P. cmecf@sternlav.com  
         Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com  
         Justin Plean    on behalf of Creditor    Nationstar Mortgage LLC jplean@rasflaw.com,  
          bkyecf@rasflaw.com;ras@ecf.courtdrive.com  
         Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,  
          bkyecf@rasflaw.com;legerman@rasnj.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC ,   PATRICK.LACSINA@GMAIL.COM  
         Russell L. Low    on behalf of Debtor James O Maua rbear611@aol.com,  
          ecf@lowbankruptcy.com;r57808@notify.bestcase.com  
                                                                                       TOTAL: 9