| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Low and Low, L.L.C.<br>505 Main Street<br>Hackensack, New Jersey 07601<br>Telephone: (201) 343-4040<br>Russell L. Low, Esq. No. 4745<br>Attorney for the Debtor | **Order Filed on July 31, 2018 by<br>Clerk, U.S. Bankruptcy Court -<br>District of New Jersey** |
| In Re:<br><br>James Maua | Case No.:   __15-31183 (SLM)__<br><br>Chapter:   _____13_____<br><br>Judge:   __Stacey L. Meisel__ |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 31, 2018**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on      April 14, 2016      :

Property:      205 McAdoo Avenue Jersey City, NJ 07305

Creditor:      Nationstar Mortgage, LLC

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by      Russell L. Low      , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including      10/25/18      .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2