UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

**Order Filed on October 30,
2018 by Clerk, U.S. Bankruptcy
Court - District of New Jersey**

In Re:

James Maua

| | |
|---|---|
| Case No.: | 15-31183 (SLM) |
| Chapter: | 13 |
| Judge: | Stacey L. Meisel |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 30, 2018**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____April 14, 2016_____ :

Property:     205 McAdoo Avenue Jersey City, NJ 07305

Creditor:     Nationstar Mortgage, LLC

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Russell L. Low_____, and for good cause shown

❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____1/25/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*