Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

              Case No.: 15−31183−SLM
              Chapter: 13
              Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   James O Maua
   205 McAdoo Ave
   Jersey City, NJ 07305

Social Security No.:
   xxx−xx−2932

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 10/8/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 8, 2019
JAN: rah

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
James O Maua  
    Debtor  

Case No. 15-31183-SLM  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2      Date Rcvd: Oct 08, 2019  
                       Form ID: 148      Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2019.
```
db            +James O Maua,    205 McAdoo Ave,    Jersey City, NJ 07305-2048
cr            +Nationstar Mortgage LLC,    RAS Citron LLC,    130 Clinton Road,    Suite 202,
                Fairfield, NJ 07004-2927
cr            +Selene Finance LP as servicer for MTGLQ Investors,,    Stern, Lavinthal, & Frankenberg LLC,
                105 Eisenhower Parkway,    Suite 302,    Roseland, NJ 07068-1640
515843532     +Aurora Loan Services,    ATTN: BANKRUPTCY DEPT.,    2617 COLLEGE PARK,
                SCOTTSBLUFF, NE 69361-2294
515843536      CAP1/VLCTY,    PO BOX 15524,    WILMINGTON, DE 19850
515843541     +EOS CCA,    PO BOX 981008,    BOSTON, MA 02298-1008
515843543    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,    ATTN: BANKRUPTCY,    350 HIGHLAND DR,
                LEWISVILLE, TX 75067)
515843542     +National City Mortgage/PNC Mtg,    ATTN: BANKRUPTCY DEPARTMENT,    3232 NEWMARK DR.,
                MIAMISBURG, OH 45342-5433
516053944     +PNC Bank, National Association,    c/o PNC Mortgage, a division of PNC Bank,
                Attn: Bankruptcy Department,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 09 2019 00:20:16      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 09 2019 00:20:14      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr            +EDI: RMSC.COM Oct 09 2019 03:48:00      Synchrony Bank,    c/o Recovery Mmgt. Sys.,
                25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
515843531     +EDI: BECKLEE.COM Oct 09 2019 03:48:00      American Express,    PO BOX 3001,
                16 GENERAL WARREN BLVD,    MALVERN, PA 19355-1245
516015514      EDI: BECKLEE.COM Oct 09 2019 03:48:00      American Express Centurion Bank,
                c o Becket and Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
515843533      EDI: BANKAMER.COM Oct 09 2019 03:48:00      Bank of America,    ATTN: RECOVERY DEPARTMENT,
                4161 PIEDMONT PKWY,    GREENSBORO, NC 27410
515843534      EDI: BANKAMER.COM Oct 09 2019 03:48:00      Bankamerica,    MC: NC4-105-03-14,
                4161 PIEDMONT PKWY,    GREENSBORO, NC 27420
515843537     +EDI: CAPITALONE.COM Oct 09 2019 03:48:00      Capital One,    ATTN: BANKRUPTCY,    PO BOX 30285,
                SALT LAKE CITY, UT 84130-0285
515931526      EDI: CAPITALONE.COM Oct 09 2019 03:48:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC 28272-1083
515843538     +EDI: CHASE.COM Oct 09 2019 03:48:00      Chase Card Services,    ATTN: BANKRUPTCY,    PO BOX 15298,
                WILMINGTON, DE 19850-5298
515843539     +EDI: WFNNB.COM Oct 09 2019 03:48:00      Comenity Bank / The Limited,    PO BOX 182125,
                COLUMBUS, OH 43218-2125
515856854      EDI: DISCOVER.COM Oct 09 2019 03:48:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH 43054-3025
515843540     +EDI: DISCOVER.COM Oct 09 2019 03:48:00      Discover Financial,
                ATTENTION: BANKRUPTCY DEPARTMENT,    PO BOX 3025,    NEW ALBANY, OH 43054-3025
516751618     +E-mail/Text: bkteam@selenefinance.com Oct 09 2019 00:19:35      MTGLQ Investors, L.P.,
                c/o Selene Finance LP,    9990 Richmond Avenue,    Suite 400 South,    Houston, TX 77042,
                MTGLQ Investors, L.P. 77042-4546
516751617     +E-mail/Text: bkteam@selenefinance.com Oct 09 2019 00:19:35      MTGLQ Investors, L.P.,
                c/o Selene Finance LP,    9990 Richmond Avenue,    Suite 400 South,    Houston, TX 77042-4546
515843544     +EDI: RMSC.COM Oct 09 2019 03:48:00      Synchrony Bank/ JC Penneys,    ATTN: BANKRUPTY,
                PO BOX 103104,    ROSWELL, GA 30076-9104
515843546     +EDI: RMSC.COM Oct 09 2019 03:48:00      Synchrony Bank/ Old Navy,    ATTENTION: GEMB,
                PO BOX 103104,    ROSWELL, GA 30076-9104
                                                                                               TOTAL: 17
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515843535*   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court: Bankamerica,    MC: NC4-105-03-14,    4161 PIEDMONT PKWY,
                GREENSBORO, NC 27420)
516052581*   ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage, LLC,    PO Box 619096,    Dallas, TX 75261)
515843545*    +Synchrony Bank/ JC Penneys,    ATTN: BANKRUPTY,    PO BOX 103104,    ROSWELL, GA 30076-9104
                                                                                          TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2            User: admin              Page 2 of 2             Date Rcvd: Oct 08, 2019
                                Form ID: 148             Total Noticed: 26
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2019 at the address(es) listed below:

```
          Ashley L. Rose    on behalf of Creditor    Nationstar Mortgage LLC arose@se-llp.com
          Denise E. Carlon    on behalf of Creditor    PNC Bank, National Association
           bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com
          Jeanette F. Frankenberg    on behalf of Creditor    Selene Finance LP as servicer for MTGLQ
           Investors, L.P. cmecf@sternlav.com
          Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC cmecf@sternlav.com
          Justin  Plean    on behalf of Creditor    Nationstar Mortgage LLC jplean@rasflaw.com,
           bkyecf@rasflaw.com;ras@ecf.courtdrive.com
          Laura M. Egerman    on behalf of Creditor    Nationstar Mortgage LLC bkyecf@rasflaw.com,
           bkyecf@rasflaw.com;legerman@rasnj.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Patrick O. Lacsina    on behalf of Creditor    Nationstar Mortgage LLC ,    PATRICK.LACSINA@GMAIL.COM
          Russell L. Low    on behalf of Debtor James O Maua rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                             TOTAL: 9
```